IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-cr-00057-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| GLORIA ESTEFANI RODRIGUEZ-CAMACHO | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on September 14, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the September 14, 2015 Preliminary Order of Forfeiture, to wit: (a) $35,967.00 in U.S. Currency; (b) a 2008 GMC Sierra, VIN: 2GTEK13C181143664; and (c) a 53-foot semi-trailer, VIN: 1UYVS25301P384306.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between September 18, 2015 and October 17, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject personal property described in this Court's September 14, 2015 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the September 14, 2015 Preliminary Order of Forfeiture is hereby forfeited to the United States. The U.S. Immigration and Customs Enforcement is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Treasury Department as soon as located or recovered into the Department of the Treasury Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 28th of day Dec, 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE