UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-57-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| GLORIA ESTEFANI RODRIGUEZ-CAMACHO | |

On motion of the Defendant, Gloria Estefani Rodriguez-Camacho, and for good cause shown, it is hereby ORDERED that the **[DE 52]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 3rd day of August 2016.

_____
MALCOLM J. HOWARD
Senior United States District Court Judge